UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LERON GRANT,

      Plaintiff,

vs.                                                                                                  Case No. 2:10-cv-12274

ALLSTATE PROPERTY AND                                                  Hon. Robert H. Cleland
CASUALTY COMPANY,                                                         Magistrate Mark A. Randon

      Defendant.

---

| MARK L. DAILEY (P28793) | PAUL H. JOHNSON, JR. (P26871) |
|---|---|
| JAMES J. KELLY (P72111) | AMY L. WILLE (P68360) |
| MELAMED, DAILEY & MILANOWSKI, P.C. | PATRICK, JOHNSON & MOTT, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 26611 Woodward Avenue | 27777 Franklin Road, Suite 1400 |
| Huntington Woods, Michigan 48070 | Southfield, Michigan 48034 |
| (248) 591-5000 | (248) 356-8590 |

---

## AMENDED ORDER OF DISMISSAL

This matter is before this Court on the stipulation of the parties, through their respective counsel, as evidenced by their signatures below. The Court is advised in the premises and, therefore;

**IT IS ORDERED** that the above-entitled matter is DISMISSED with prejudice and without costs or attorneys' fees to either party.

**This Order disposes of all pending claims and closes this case.**


                                         S/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: August 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 30, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

Approved As to Form and Consent:

| | |
|---|---|
| s/ Mark L. Dailey | s/ Paul H. Johnson, Jr. |
| Attorney for Plaintiff | Attorney for Defendant |
| 26611 Woodward Avenue | 27777 Franklin Road, Suite 1400 |
| Huntington Woods, MI 48070 | Southfield, MI 48034 |
| (248) 591-5000 | (248) 356-8590 |
| markdailey@voyager.net | pjohnson@pjmpc.com |
| P28793 | P26871 |